FILED FOR RECORD 01/12/2018 14:29:09
Michelle S. Bruner, DY CLERK
JEFFERSON PARISH, LA

DIANE BROWN                           DOCKET NO. 779-565   DIV. M

VERSUS                                24TH JUDICIAL DISTRICT COURT

SOUTHERN VISIONS, LLP, DBA            JEFFERSON PARISH, LOUISIANA
SWEET BREW TEA AND SUGAR CO.

FILED: _____

## PETITION FOR DAMAGES

Petitioner, Diane Brown, a competent adult resident and domiciliary of Jefferson Parish, Louisiana, appears herein through undersigned counsel and, for her Petition for Damages against Defendant, Southern Visions, LLP, respectfully shows as follows:

I.

Made Defendant here is Southern Visions, LLP (hereinafter "Southern Visions"), a Limited Liability Partnership doing business as Sweet Brew Tea and Sugar Company (hereinafter "Sweet Brew"), with its principal place of business in Loxley, Alabama, doing business in the State of Louisiana.

II.

On January 13, 2017, Petitioner, Diane Brown, was working as a restaurant employee at Heads & Tails Seafood and Oyster Bar, in Harahan, Jefferson Parish, Louisiana.

III.

As part of her work on that date, Ms. Brown was in the restaurant's cooking/prep area, preparing iced tea for the day's patrons. To do so, Ms. Brown utilized the proprietary Sweet Brew System designed and manufactured by Southern Visions, which included the Southern Visions designed and manufactured funnel/brew basket (the Sweet Brew Funnel), cold water dilution jet and Sweet Brew Pouch (a mesh bag containing tea leaves and sugar pellets, designed and manufactured by Southern Visions).

EXHIBIT A

IV.

Ms. Brown properly inserted the Sweet Brew Pouch into the Southern Visions Sweet Brew Funnel, inserted the funnel into the brewing unit and started the brewing cycle. In doing so, she followed the Southern Visions "Easy as 1-2-3" instructions for its brewing system: "1. The pouch goes into the funnel; 2. Funnel goes into the brewer; 3. Press Brew!" Southern Visions represented and warranted that its Sweet Brew System was simple, easy and consistent to use, following these "Easy as 1-2-3" instructions and did not warn of the defects, risks and dangers of its Sweet Brew System to the user.

V.

After starting the brewing cycle, Ms. Brown then turned to other preparatory duties for the restaurant's business day and returned to the sweet tea unit after allowing sufficient time for the brew cycle to complete.

VI.

When Ms. Brown returned to the brewing unit, she observed that the brewing cycle had completed and that no more tea was flowing from the bottom of the Southern Visions brew basket. She therefore prepared to brew the next batch of tea needed for the restaurant's day. She grasped the handle on the Southern Visions brew basket and drew it out of the unit in order to dump the used Sweet Brew Pouch and insert a new pouch for the next brew.

VII.

Instead of being empty of liquid as it should have been, however, the brew basket was instead full of extremely hot, nearly boiling water because the drain hole in the bottom of the basket (which had no protective filter of any kind) was clogged, blocked, obstructed or otherwise did not allow proper flow of the hot tea out of the basket, causing approximately a half-gallon of nearly boiling water to be retained, even though the brew cycle had completed. Ms. Brown could not see the retained water because the Southern

Visions basket was constructed of opaque red plastic, making it impossible for her to see the retained water. Consequently, without warning, the weight of the retained hot water caused the brew basket to tilt towards Ms. Brown as she drew it back from the brewing unit. The basket had no splash guard or other protective device to prevent spillage and the nearly boiling water poured down directly onto Ms. Brown's chest, breasts, abdomen, forearms and hands, causing severe and extremely painful scalding burns.

VIII.

As a result of the severe scalding burns, Ms. Brown sustained extremely painful and disfiguring injuries, with huge blisters and large areas of skin hanging from her body. She endured months of excruciatingly painful burn unit hospitalizations and medical treatments, including debridements and skin graft surgeries. She has also suffered permanent disfiguring scarring and discoloration of her breasts and will require future reconstructive surgeries and medical care to attempt to improve her permanent disfigurement. She has also suffered severe mental anguish, pain and suffering, interference with her social and intimate life, emotional distress and depression, for which she also has required and will in the future require medical care and she has incurred and will incur medical expenses and has suffered and will suffer loss of earnings and earning capacity, being unable to return to the only work she has ever known as a result of her injuries and temporary and permanent disabilities caused by the negligence of Southern Visions and the failure and defects of the Southern Visions Sweet Brew System.

IX.

All of Ms. Brown's injuries and damages were caused by the fault of Southern Visions.

X.

Southern Visions' Sweet Brew System, including the Sweet Brew Funnel and the Sweet Brew Pouch, was defective in design and/or manufacture/construction, causing the brew basket to retain nearly boiling hot water and directly causing the spill and scald injuries to Ms. Brown's body.

XI.

Southern Visions' negligence and/or fault, causing Ms. Brown's injuries and rendering Southern Visions liable to Ms. Brown for her injuries and damages, includes:

A. Manufacturing, assembling, marketing, selling and/or distributing a product that was unreasonably dangerous in construction or composition;

B. Manufacturing, assembling, marketing, selling and/or distributing a product that was unreasonably dangerous in design;

C. Manufacturing, assembling, marketing, selling and/or distributing a product that was unreasonably dangerous because an adequate warning about the product was not provided;

D. Failure to recall the Sweet Brew System or, alternatively failure to provide adequate warnings to users of the risks/dangers of the Sweet Brew System after having acquired such knowledge;

E. Breach of an express or implied warranty of fitness for a particular purpose;

F. Failure to adequately test the Sweet Brew System;

G. Failure to disclose post-sale information known about the dangers or defects in the Sweet Brew System;

H. Concealing known dangers associated with the Sweet Brew System;

I. Otherwise failing to use due care under the circumstances; and

J. Other acts of fault and/or negligence to be shown at trial of this matter.

XII.

For all of these reasons, Southern Visions is liable to Ms. Brown for her injuries and damages as enumerated above in an amount to be proven at trial.

XIII.

Ms. Brown prays for trial by jury of her claims against Southern Visions.

WHEREFORE, PETITIONER, DIANE BROWN, PRAYS that, after due proceedings had, this Court will grant judgment in her favor and against Southern Visions, LLP, for all damages prayed for and proven at trial, together with legal interest from date of judicial demand until paid and all costs of these proceedings, together with such other general and equitable relief to which Petitioner may be entitled.

Respectfully submitted,

Patrick R. Jackson
Patrick R. Jackson, APLC
La. State Bar No. 25722
4442 Viking Dr., #100
Bossier City, LA 71111
Telephone: (318) 752-3335
Facsimile: (318) 752-3315
ATTORNEY FOR PLAINTIFF
DIANE BROWN

Please Serve:

Southern Visions, LLP
Through the Louisiana Long-Arm Statute
By and Through Its Registered Agent
Sandy Lamb
7241 Maureen Cir.
Spanish Fort, AL 36527