UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DIANE BROWN | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO: 2:18-CV-2168 | SECTION: I(2) |
| | * | |
| SOUTHERN VISIONS, LLP, DBA | * | JUDGE: AFRICK | MAGISTRATE: |
| SWEET BREW TEA AND SUGAR CO. | * | WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **PROTECTIVE ORDER**

Considering the *CONSENT MOTION, STIPULATION AND PROTECTIVE ORDER* filed by all parties, the motion is hereby GRANTED. It is hereby ORDERED that PLAINTIFF and DEFENDANT, and their respective counsel, be and are hereby prohibited from disclosing any documents, records or electronic data that may be produced in this matter, pursuant to written discovery requests, depositions, and/or subpoenas, designated by any attorney enrolled as counsel for DEFENDANT or by any attorney enrolled as counsel for PLAINTIFF or by any non-party witness or entity required to produce documents, records, and/or electronic data in the captioned matter as "confidential" ("CONFIDENTIAL ITEMS"). This prohibition of disclosure includes making known to others, subject to the exception below, any information that was discovered, learned or obtained solely because of the receipt of items designated as confidential ("CONFIDENTIAL INFORMATION"). CONFIDENTIAL INFORMATION and CONFIDENTIAL ITEMS can only be shared with:

1. Any attorney enrolled as counsel in the captioned matter;

2. The Court (and its staff), but only when such documents are filed ~~"under seal"~~ *in compliance* as ~~described by~~ *with* LR 5.6 of the "*Local Civil Rules of The United States District Court for The Eastern District of Louisiana*";

All parties retain the right to challenge any confidential designation, but no document, record or electronic data designated as confidential will be released from the confidential designation until after hearing and order, or order with the consent of all parties; and no document, record or electronic data designated as confidential by a non-party witness/entity will be released from the confidential designation until after notice and opportunity to be heard to the producing non-party witness/entity.

IT IS SO ORDERED.

New Orleans, Louisiana, this **15th** day of **May**, 2018.

_____
U.S. MAG. JUDGE